U.S. Department of Justice
United States Attorney

ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 2 2 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

DIVISION _____ ATLANTA _____
(USAO 2008R00271)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT**

COUNTY NAME ___FULTON___   DISTRICT COURT NO. **1:08-CR-0152**

MAGISTRATE CASE NO _____

_X_ Indictment          __ Information          __ Magistrate's Complaint
DATE  APRIL 22, 2008    DATE                    DATE

UNITED STATES OF AMERICA
vs
**GIOVANNY TREJO GOMEZ**
a/k/a Giovanny Quintero Trejo, "El Calzon"

SUPERSEDING

Prior Case No. & Date Filed

VIOLATION

COUNTS CHARGED
(as to deft)
GREATER OFFENSE CHARGED
_X_ Felony    __ Misdemeanor

TOTAL COUNTS
(as to deft)

**DEFENDANT**

IS NOT IN CUSTODY

   1 __ Has not been arrested pending outcome of this proceeding
        If not detained, give date any prior summons was served on above charges _____
   2 __ Fugitive
   3 __ Is on bail or release from (district, state & date) _____

DATE OF ARREST _____
       Or if arresting agency & warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY _____
       Are there any outstanding warrants in this proceeding __ Yes __ No
       Date _____          Issued by _____

IS IN CUSTODY

   4 _X_ On this charge
   5 __ On another conviction
   6    Awaiting trial on other charges __ Yes __ No
        __ Federal  __ State
        If Yes, show name of institution _____
        Has detainer been filed __ Yes      __ No
        If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS | MAGISTRATE JUDGE | |
|---|---|---|
| | AUSA | TERESA D. HOYT |
| | DEFT'S ATTY | |
| | BY | DAVID E. NAHMIAS<br>UNITED STATES ATTORNEY<br>TERESA D. HOYT<br>Assistant United States Attorney |
| | DATE | APRIL 22, 2008 |